THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC T. ANDERSON,<br>LISA RICHARDSON,<br>MMJ LAKE PROPERTIES LLC, and<br>FORESIGHT BANK,<br><br>    Defendants. | Case No. 19-cv-242 |

**ORDER APPROVING STIPULATION BETWEEN THE UNITED STATES, MMJ LAKE PROPERTIES LLC, AND FORESIGHT BANK AND ENTRY OF JUDGMENT**

This matter comes before the Court upon the United States Motion for an Order Approving Stipulation Between the United States, MMJ Lake Properties LLC ("MMJ") and Foresight Bank ("Foresight", accordingly it is hereby ORDERED that the Stipulation, filed at ECF No. 8, is hereby approved.

Further, it is ORDERED that judgment is entered finding that MMJ and Foresight consent to final judgment on the United States' Complaint because there is no just reason for delay pursuant to Fed. R. Civ. P. 54(b), as follows: (a) the United States has valid and subsisting federal tax liens that attached to the real property described in paragraph 20 of the Complaint (E6847 836th Avenue, Colfax, Wisconsin, 54730; the "Property") in conjunction with the federal tax liabilities of defendant Eric Anderson for tax years 2003 and 2004;  (b) the United States may

enforce those federal tax liens against the Property; and (c) the Property may be sold pursuant to the agreed order of priority reflected in this stipulation.

IT IS SO ORDERED:

Dated this 3RD day of MAY, 2019

_____
The Honorable James D. Peterson