THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

|  | Case No. 19-cv-242 |
|---|---|

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC T. ANDERSON,
LISA RICHARDSON,
MMJ LAKE PROPERTIES LLC, and
FORESIGHT BANK,

    Defendants.

## FED. R. CIV. P. 60(a) ORDER CORRECTING TYPOGRAPHICAL ERROR

This matter comes before the Court upon the United States Fed. R. Civ. P. 60(a) Motion seeking issuance of amended Default Judgments and an amended Order of Sale correcting a typographical error in the address number for the real property subject to those filings.

For good cause shown, and because the mistake at issue is merely a scrivener's error, the United States' motion is GRANTED and, concurrently with this Order, the Court will issue amended Default Judgments against Eric Anderson and Lisa Richardson and an amended Order of Sale.

Further, it is ORDERED, to the extent the scrivener's error (listing the real property numerical address as E6847, <u>rather than the correct number **E6487**</u>) is featured elsewhere in the record in the above-captioned case, the error is deemed corrected throughout the record nunc pro tunc.

IT IS SO ORDERED:

Dated this 6TH day of MARCH, 2020

_____
The Honorable James D. Peterson